In the Matter of the Estate of LLOYD M. G. COFER Deceased.

MAY B. COFER, Appellant; CASSANDRA COFER, as Administratrix, Respondent.

*Executors and administrators — husband and wife — denial of petition for revocation of letters of administration on ground that administratrix had not been legally married to decedent — sufficiency of evidence of common-law marriage.*

*Matter of Cofer,* 206 App. Div. 657, affirmed.

(Argued October 18, 1923; decided November 20, 1923.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 6, 1923, which affirmed a decree of the New York County Surrogate's Court denying a petition for the revocation of letters of administration on the estate of Lloyd M. G. Cofer, deceased. The petitioner claimed to have married the decedent on May 15, 1919, and to have been his lawful widow at the time of his death. The respondent claimed to have been previously married to him and that his second marriage was void. The surrogate held that disregarding proof of a ceremonial marriage there was ample proof of a common-law marriage between the deceased and the respondent.

*H. H. Snedeker* for appellant.

*John E. O'Brien* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ. Not voting: CARDOZO, J.